In the Matter of the Estate of Morris Einbinder, Deceased. Anna Axman, as Administratrix of the Estate of Morris Einbinder, Deceased, Appellant; Meyer Einbinder et al., Respondents.

Argued April 15, 1948; decided June 4, 1948.

*Philip Novick* for appellant.

*Samuel Masia* and *Archibald Palmer* for respondents.

Order of Appellate Division and decree of Surrogate's Court affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.